UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALEXANDER W. NDAULA                    A78 635 873
_____        _____
                                        Inmate (DOC) Number

_____
(Plaintiff)

VERSUS

TOM RIDGE, ET AL
_____

_____
(Defendants)

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW _Alexander Ndaula_ plaintiff, in the above-styled cause and, pursuant to the provisions of Title 18, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor. In accordance with 28 U.S.C. § 1915(b)(1) and (2), the plaintiff shall be required to pay an initial partial filing fee and thereafter, prison officials shall be required to forward monthly payments from the plaintiff's inmate account until the entire filing fee is paid.

Date: _4/20/04_          _____
                                 Signature

## AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, _ALEXANDER W NDAULA_, declare that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty that I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further declare that the responses which I have made to questions and instructions below are true.

1.      Are you presently employed?  YES ( ) NO (X)

a.   If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____ N/A _____

b.   If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____ Been incarcerated Since 2000 . _____

2.   Have you received within the past twelve months any money from any of the following sources?

a.   Business, profession, or form of self-employment (hobby craft sales included)? YES ( ) NO (X)

b.   Rent payments, interest or dividends?  YES ( ) NO (X)

c.   Pensions, annuities or life insurance payments?  YES ( ) NO (X)

d.   Gifts or inheritances?  YES ( ) NO (X)

e.   Any other sources?  YES ( ) NO (X)

If the answer to any of thee above is yes, describe each source of money and state the amount received from each during the past 12 months. _____

_____ N/A _____

3.   Do you own any cash, or do you have money and/or bonds in a checking or savings account? (Include any funds in prison accounts.)  YES ( ) NO (X).  If the answer is YES, state the total value of the items owned.

Prison Drawing Account $ _____ N/A _____

Prison Savings Account:

A. Cash _____

B. Bonds _____

Other (specify) _____

4.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishing and clothing)?  YES ( ) NO (X)

If the answer is yes, describe the property and state its approximate value. _____

_____

_____

5.    List the persons who are dependent upon you for support, state your relationship to those person, and indicate how much you contribute toward their support. _____

_____

_____NONE_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

4/20/04                          x _Alexander Ndonde_____

_____                   _____
   Date                              Signature of Plaintiff

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that ___Alexander N/Gaula___, inmate number ___A78 635 873___
the plaintiff herein has the following sums of money on account to his credit at ___Ettowah___
___Co. Det Ctr___, the institution where he is confined:

Prison Drawing Account: $ ___8.75___

Prison Savings Account: $ ___0.00___

    A.    Cash ___0.00___

    B.    Bonds ___0.00___

I further certify that the average monthly deposits for the preceding six months

is $ ___76.80___.

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.)*

I further certify that the average monthly balance for the prior six months

is $ ___26.80___.

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)*

___4/25/04___
**Date Certified**

___Officer Johnson___
**Signature of Authorized Officer of Institution**