UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEXANDER W. NDAULA,
        Petitioner,

C. A. No. 04-10842-JLT

v.

TOM RIDGE, et al.,
        Respondent.

## ORDER OF DISMISSAL

TAURO D.J.

In accordance with this Court's order dated May 3, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date May 5, 2004

(noticeofdismissal.wpd - 12/98)    [odism.]