CV-04-C-0961-M

      

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO: *Northern District of Alabama*
*1729 5th Avenue*
*Birmingham AL 35203*

RE:

CIVIL ACTION #: *04-10842*

CRIMINAL #: _____

*2004 MAY 10 PM 1:06  U.S. DISTRICT COURT  N.D. OF ALABAMA  RECEIVED*

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ _____ by the Honorable _____.

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

(✓) Original documents numbered *1-4*

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

Date: *5-6-04*

cc:   Counsel, File

---

The documents listed above were received by me on *May 10, 2004* and assigned the following case number: *CV-04-C-0961-M*.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)